Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168:  email: taibiandassociates@gmail.com

Attorney for Plaintiff DWIGHT BANKS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT BANKS, | Case No. 3:20-cv-02276-W-MSB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| JOHN BUCHHAUSER dba THE GOURMET BAGGER, et. al. | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that Plaintiff, DWIGHT BANKS, and Defendants, JOHN BUCHHAUSER dba THE GOURMET BAGGER, PETER BUCHHAUSER, and RENEE BUCHHAUSER (Herein known as the "Parties"), have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated by and between the Parties for review and approval. Upon the execution and receipt of the required signatures, an executed Notice of Dismissal of the entire action, with prejudice, will be filed with the court by Plaintiff's attorney.

1  IT IS SO STIPULATED.

2  Dated: January 27, 2021                                TAIBI AND ASSOCIATES, A.P.C.

3

4                                                         /s/ Michael A. Taibi, Esq.
                                                          Michael A. Taibi, Esq.
                                                          Attorney for the Plaintiff
5                                                         DWIGHT BANKS

CERTIFICATE OF SERVICE
3:20-cv-02776-W-MSB

I, Michael A. Taibi, Esq, certify and declare as follows:

I am over the age of 18-years and not a party to this action.

My business address is 750 "B" Street, Suite 2510, San Diego, California 92101, which is located in the city, county, and state where the mailing described below took place.

I do hereby certify that the foregoing NOTICE OF SETTLEMENT was served via U.S. Mail during the normal course of business on this 27th day of January 2021, to:

Frederick W. Kosmo, Esq.
402 W Broadway Ste 1600
San Diego, CA 92101

I swear and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of January 2021, at San Diego, California.

/s/ Michael A. Taibi, Esq.
Michael A. Taibi, Esq.