Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168;  email: taibiandassociates@gmail.com

Attorney for Plaintiff DWIGHT BANKS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT BANKS,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN BUCHHAUSER dba THE GOURMET BAGGER., et al.<br><br>                    Defendants. | Case No. 3:20-cv-02276-W-MSB<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A) (I) (A)(I). |

PLEASE TAKE NOTICE that:

Plaintiff, DWIGHT BANKS, through his attorney, Michael A. Taibi, Esq., hereby dismisses with prejudice, the entire complaint against all defendants.

The dismissal is made pursuant to F.R. Civ. P. 41(1)(A)(i).

Dated: March 16, 2021                    /s/ Michael a. Taibi, Esq.
                                          MICHAEL A. TAIBI, ESQ
                                          Attorney for Plaintiff
                                          DWIGHT BANKS

CERTIFICATE OF SERVICE
3:20-cv-02276-W-MSB

I, Michael A. Taibi, Esq., Certify and declare as follows:

    I am over the age of 18-years and not a party to this action.

    My business address is 750 "B" Street, Suite 2510, San Diego, California 92101, that is located in the city, county, and state where the mailing described below took place.

    I do hereby certify that the foregoing was served electronically via the Court's electronic filing system this 16th day of March 2021, to all parties of record and followed up via email during the normal course of business.

    NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A) (I) (A)(I).

    I SWEAR AND DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of March 2021, at San Diego, California.

/s/Michael A. Taibi
Michael W. Taibi